IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ERIC GEORGE**
**#69645**                                                                                                    **PLAINTIFF**

v.                                    No. 3:22-cv-211-DPM

**KEITH BOWERS, Jail Administrator,**
**Craighead County and MARTY BOYD,**
**Sheriff, Craighead County**                                                          **DEFENDANTS**

ORDER

1. The Court withdraws the reference.

2. George hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2022