IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC GEORGE                                                                                    PLAINTIFF
#69645

v.                                    No. 3:22-cv-211-DPM

KEITH BOWERS, Jail Administrator,
Craighead County and MARTY BOYD,
Sheriff, Craighead County                                                                  DEFENDANTS

## JUDGMENT

George's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2022